IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY SALAZAR FLORES,<br><br>    Petitioner,<br>vs.<br><br>STUART RYAN, Warden, et al.,<br><br>    Respondent.<br>_____/ | CASE NO. CV-F-04-5364 OWW WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 14) |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On August 16, 2005, the Magistrate Judge issued Findings and Recommendation that the petition for writ of habeas corpus be DISMISSED. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within twenty days of the date of service of the order. Over twenty days have passed and no party has filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 16, 2005, are ADOPTED IN FULL;
2. Respondent's motion to dismiss is GRANTED;
3. The petition for writ of habeas corpus is DISMISSED as barred by the statute of limitations
4. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.IT IS SO ORDERED.

**Dated:   September 26, 2005                    /s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE